UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:24-CV-335(D)

| | |
|---|---|
| UNITES STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | ENTRY OF DEFAULT |
| ) | FED. R. CIV. P. 55 |
| JANICE MERCURY LOVETT and, ) | |
| RODNEY CLINTON LOVETT, ) | |
| Defendants. ) | |

Upon motion, request, and proper showing by attorney for the plaintiff, United States of America, the above-named defendants having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, **DEFAULT** is hereby entered against said defendants.

This the 29 day of August, 2024.

_____
PETER A. MOORE, JR.
Clerk, United States District Court