UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:24-CV-335(D)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANICE MERCURY LOVETT and, )<br>RODNEY CLINTON LOVETT, )<br>Defendants. ) | DEFAULT JUDGMENT |

Upon motion, request, and proper showing by attorney for the Plaintiff, United States of America, the above-named Defendants having failed to appear, plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, entry of default has been entered against the named Defendants.

In accordance with Rule 55(b) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, United States of America, having requested judgment against the defaulted Defendants and having filed a proper affidavit, judgment is rendered in favor of the Plaintiff and against the above-named Defendants in the sum of $27,896.48, plus all accrued interest since March 6, 2024 at 4.00% per annum, along with costs allowed under 28 U.S.C. § 2412(a)(2) of $350.00, plus any further costs, fees and expenses authorized by statute. Interest thereon after date of entry of this judgment shall be at the rate of _4.19_ %.

SO ORDERED. This the _22_ day of October, 2024.

JAMES C. DEVER III
United States District Judge